# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT McCARTHY<br><br>　　　Plaintiff<br><br>v.<br><br>MARK SCOWN; KENT SCOWN; MARK SCOWN DBA HUMBOLDT REDWOODS INN; and DOES 1 THROUGH 10, Inclusive<br><br>　　　Defendants | Case No.: 3:16-cv-00634-VC<br><br>ORDER GRANTING JOINT STIPULATION FOR DISMISSAL AND DISMISSAL WITH PREJUDICE OF ALL DEFENDANTS AND PLAINTIFF'S COMPLAINT IN ITS ENTIRETY<br><br>[Fed. R. Civ. P. Rule 41(a)(2)] |

　　IT IS HEREBY ORDERED, pursuant to Federal Rules of Civil Procedure, Rule 41 (a)(1) and (2), that Defendants MARK SCOWN; KENT SCOWN; MARK SCOWN DBA HUMBOLDT REDWOODS INN be dismissed with prejudice from Plaintiff's Complaint and Plaintiff's Complaint be dismissed with prejudice in its entirety, Case Number 3:16-cv-00634-VC.

**IT IS SO ORDERED.**

Dated: 5/17/16

_____
Honorable Judge Vince Chhabria